THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br> v. <br> NORTH STATE RENDERING CO., INC., <br> Defendant. | NO. C17-00766-RSM <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and North State Rendering Co., Inc., Defendant, hereby stipulate for entry of Judgment in the above-referenced action.

DATED this 3rd day of *July*, 2017.

| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | NORTH STATE RENDERING CO., INC. |
|---|---|
| */s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> Attorney for Plaintiff | */s/Christopher Ottone* <br> Christopher Ottone, President <br> Defendant |

# ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiff and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff's Trust by Defendant for withdrawal liability, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for withdrawal from the Trust Fund on May 25, 2016: for withdrawal liability of $280,603.81, for liquidated damages of $56,120.77, for interest of $430.96, for attorneys' fees of $590.25, and for costs of $485.00, all for a total of $338,230.79, together with interest accruing thereupon at the rate of 4.25% per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 10 day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented for Entry by:

/s/Russell J. Reid
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff